184 So.2d 734

### Clyde E. JARVIS

v.

### The FIDELITY AND CASUALTY COMPA-NY OF NEW YORK.

#### No. 48140.

April 15, 1966.

In re: Clyde E. Jarvis applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Feliciana. 182 So.2d 747.

Writ refused. On the facts found by the Court of Appeal the result reached by it is correct.

184 So.2d 735

### UNITED STATES PLYWOOD CORPORATION

v.

### George A. CALDWELL et al.

#### No. 48141.

April 15, 1966.

In re: United States Plywood Corporation applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 183 So.2d 130.

Writ refused. No error of law under the facts found by the Court of Appeal.